IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : CRIMINAL ACTION NO. |
| | : 1:11-CR-0056-JEC-LTW |
| JOHN SORDEN, | : |
| a/k/a Mark Black, | : |
| a/k/a Mike Lawry | : |
| Defendant. | : |

## REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY

The Defendant, by consent, has appeared before me and has entered a plea of guilty to Counts One and Two of the Information. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I have determined that the guilty plea was knowing and voluntary, and the plea to the offense charged is supported by an independent basis in fact establishing each of the essential elements of such offense. I have also determined that the Defendant has voluntarily and expressly waived the right to appeal his conviction and sentence and the right to collaterally attack his conviction and sentence in any post-conviction proceeding (including, but not limited to, motions filed pursuant to 18 U.S.C. § 2255) on any ground, except that the Defendant may file a direct appeal of an upward departure or variance from the applicable sentencing guideline range. If the Government initiates a direct appeal of the sentence imposed, the Defendant may file a cross-appeal of that same sentence. I, therefore, **RECOMMEND** that the plea of guilty be accepted and that

the Defendant be adjudged guilty and have sentence imposed accordingly.

**SO ORDERED** this 14th day of March, 2011.

*Linda T. Walker*
LINDA T. WALKER
UNITED STATES MAGISTRATE JUDGE