**FILED IN CHAMBERS**
U.S.D.C. Atlanta

APR 2 5 2011

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CRIMINAL CASE NO. |
| v. | |
| | 1:11-CR-56-JEC |
| JOHN SORDEN, | |
| Defendant. | |

### ORDER

The above criminal action is presently before the Court on the Magistrate Judge's Report and Recommendation [8] recommending accepting defendant's plea of guilty tendered on March 14, 2011. No objections to the Report and Recommendation [8] have been filed.

IT IS HEREBY ORDERED that the Court **ADOPTS** the Magistrate Judge's Report and Recommendation [8] and **ACCEPTS** the defendant's plea of guilty as to Counts One and Two of the Information. Sentencing will be set following the conclusion of proceedings in all related cases.

SO ORDERED this 25 day of APRIL, 2011.

_____
JULIE E. CARNES
CHIEF U.S. DISTRICT JUDGE